```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF OKLAHOMA


MELBA SUE JORDAN,                )
                                 )
               Plaintiff,        )
                                 )
vs.                              ) No. CIV-13-111-FHS-SPS
                                 )
CAROLYN W. COLVIN, Acting        )
Commissioner of the Social       )
Security Administration,¹        )
                                 )
               Defendant.        )
```

## ORDER

On March 6, 2014, United States Magistrate Judge for this District filed Findings and Recommendations in this case recommending the decision of the Commissioner be affirmed. On March 20, 2014, Plaintiff filed an objection. In the objection, Plaintiff argued the Report did not adequately consider Jordan's argument that the ALJ failed to evaluate the medical evidence properly.

The Findings and Recommendations found the decision by the defendant should be affirmed. This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

---

¹On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 25th day of March, 2014.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma